## Quigley, Appellant, *v.* Board of Pensions of United Presbyterian Church in the United States of America.

Argued December 1, 1970. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*Max D. Palitz* and *D'Arnold Davis*, with them *Zion, Charen and Blount*, for appellant.

*Donald O. Hovey*, with him *Frank O. Schilpp*, and *Rambo and Mair*, for appellee.

Opinion Per Curiam, January 7, 1971:

Judgment affirmed.

Mr. Justice Cohen took no part in the decision of this case.

Mr. Justice Pomeroy took no part in the consideration or decision of this case.